IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GARRY HAGGINS JR, | * |
| Petitioner, | * |
| v. | Case No. 7:23-cr-33 (WLS-TQL) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 17, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 17th day of May, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk